UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 19-CR-4202-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER DENYING WITHOUT PREJUDICE JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| DAVID MACIAS ESTRADA, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Joint Motion to Continue the Motion Hearing/Trial Setting currently set for April 9, 2021 (ECF No. 59) is **Denied without Prejudice**. The maximum trial date in this matter is May 21, 2021 and the parties have made no showing that the requested delay is excludable under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: April 7, 2021

Hon. Janis L. Sammartino
United States District Judge