UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  19-CR-4202-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO RECONSIDER DENIAL OF CONTINUE MOTION HEARING/TRIAL SETTING |
| DAVID MACIAS ESTRADA | |
| Defendant. | |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that the joint motion to reconsider is granted. Mr. Macias Estrada's Motion Hearing/Trial Setting, which is currently scheduled on April 9, 2021 is rescheduled to *May 14, 2021 at 1:30 p.m.*

**IT IS FURTHER ORDERED** that the time between both motion hearing/trial setting dates is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because a continuance would serve the ends of justice as the parties have reached a resolution, but need additional time to schedule and complete the change of plea hearing. Failure to grant a continuance under these circumstances would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED.**

Dated:  April 8, 2021

Hon. Janis L. Sammartino
United States District Judge